APPROVED PERSONNEL SERVICE, INC. v. LORIENE A. KOSIER

No. 7418SC1050

(Filed 16 April 1975)

APPEAL by defendant from *Wood, Judge.* Judgment entered 20 September 1974 in Superior Court, GUILFORD County. Heard in the Court of Appeals 20 February 1975.

*William Zuckerman, for plaintiff appellee.*

*Walter L. Hannah and Michael H. Godwin, for defendant appellant.*

BROCK, Chief Judge, VAUGHN and MARTIN, Judges.

For the reasons stated in *Wilmar, Inc. v. Corsillo,* 24 N.C. App. 271, 210 S.E. 2d 427, the judgment is affirmed.